Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and THACHER, JJ. DESMOND, J., dissents and votes to modify the order of the Appellate Division by reversing that part of it which annuls the determination with reference to the corporation practicing medicine, and to remit the matter to the Board of Regents so that it may impose an appropriate penalty for that particular violation. Taking no part: RIPPEY, J.

In the Matter of MORRIS H. SIEGEL, Respondent, against HAROLD J. CRAWFORD, a Justice of the Municipal Court of the City of New York, Respondent.

MAE HARDING, Intervener, Appellant.

Argued March 8, 1944; decided April 20, 1944.

*Joseph Lonardo, Irving M. Radin* and *E. F. W. Wildermuth* for appellant.

*Lawrence S. Timen* and *Harris J. Griston* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.